# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140612 & (14)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                  SC: 140612
                                                   COA: 294215
                                                   Wayne CC: 06-001959-01

JOSEPH HINES, III,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to hold the appeal in abeyance is DENIED.

CORRIGAN, J., not participating for the reasons stated in *People v Parsons*, order of the Supreme Court, entered March 6, 2007 (Docket No. 132975).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010 _____          _____
p0719                                        Clerk